Paul J Mansdorf
1563 Solano Ave.
#703
Berkeley, CA 94707
Telephone: (510) 526-5993

Trustee in Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Oakland

In re:

LAFFERTY HOMES INC.,

Debtor(s)

Case No. 08-43808 EDJ

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $6.64. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 19 -2 | Anwulika Odiwe<br>771 Village Avenue,<br>Lathrop, CA 95330 | 10,000.00 | 6.64 |
| | Total Unclaimed Dividends | | $6.64 |

Dated: July 16, 2010

_____
Paul J Mansdorf, TRUSTEE

FILED JUL 19 2010 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

RECEIVED AUG - 4 2010 BANKRUPTCY COURT OAKLAND, CALIFORNIA

Case: 08-43808   Doc# 183   Filed: 07/19/10   Entered: 08/06/10 11:21:18   Page 1 of 1